PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: William Lane     Cr.: 22-00503-001
    PACTS #: 23473

Name of Sentencing Judicial Officer:     THE HONORABLE SUSAN D. WIGENTON
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/14/2022

Original Offense:     Count One: Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, 21 U.S.C. § 846; a Class C Felony

Original Sentence: Time Served (6 days imprisonment), 3 years supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Consent to Search

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/14/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On April 27, Mr. Lane submitted a urinalysis sample which tested positive for cocaine. Mr. Lane admitted he knowingly ingested cocaine. |
| | On May 9, 2023, Mr. Lane submitted a urinalysis which tested positive for fentanyl. Upon inquiry, Mr. Lane said he meant to use cocaine and had no intention of ingesting fentanyl. |

Prob 12A – page 2
William Lane

U.S. Probation Officer Action:

On December 14, 2022, Mr. Lane was sentenced before Your Honor to time served and a three-year term of supervised release for Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl. Mr. Lane's term of supervised release commenced that day. As noted in a previous noncompliance report, Mr. Lane purposely planned to use illegal substances almost immediately after he was sentenced before the Court. Specifically, in January 2023, he provided a urinalysis sample which tested positive for alcohol, marijuana, cocaine, and fentanyl.

Mr. Lane completed an assessment at Oaks Integrated Care and was referred for an outpatient level of care including two weekly groups (Monday Recovery Group and Friday Co-Occurring Group), weekly individual counseling and a psychiatric evaluation. Based on his recent drug use, a second recovery group was added to his treatment plan.

Our office will continue to conduct random urinalysis tests and monitor his participation and compliance in in treatment. Mr. Lane will be considered for inpatient treatment if he continues to have difficulty remaining abstinent.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
      Senior U.S. Probation Officer

/ ip

APPROVED:

_____   05/24/2023
KEVIN VILLA                       Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

May 24 2023
Date